# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: DMCA Section 512(h) Subpoena to YouTube, LLC | MISC. ACTION NO. |

## PETITIONERS BOBBY GOLDSTEIN PRODUCTIONS, INC. AND ROBERT N. GOLDSTEIN'S NOTICE OF REQUEST FOR ISSUANCE OF DMCA SUBPOENA TO IDENTIFY ALLEGED INFRINGERS PURSUANT TO 17 U.S.C. § 512(h)

On July 14, 2022, Petitioners Bobby Goldstein Productions, Inc., and Robert N. Goldstein requested that the Clerk issue a subpoena to identify alleged infringers pursuant to the Digital Millennium Copyright Act's ("DMCA") subpoena provision, 17 U.S.C. § 512(h). Copies of the request, the declaration of Jeffrey R. Bragalone, and the proposed subpoena are attached hereto as Exhibits 1, 2, and 3, respectively.

Dated: July 14, 2022                                    Respectfully submitted,

                                                        */s/ Jeffrey R. Bragalone*
                                                        Jeffrey R. Bragalone
                                                        Texas Bar No. 02855775
                                                        Daniel F. Olejko
                                                        Texas Bar No. 24108897
                                                        Paul C. Stevenson
                                                        Texas Bar No. 24117098
                                                        **BRAGALONE OLEJKO SAAD PC**
                                                        901 Main St., Ste. 3800
                                                        Dallas, Texas 75202
                                                        Tel: (214) 785-6670
                                                        Fax: (214) 785-6680
                                                        jbragalone@bosfirm.com
                                                        dolejko@bosfirm.com
                                                        pstevenson@bosfirm.com

                                                        ***Counsel for Petitioners***
                                                        ***Bobby Goldstein Productions, Inc.,***
                                                        ***and Robert N. Goldstein***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 14th day of July, 2022.

                                                        */s/ Paul C. Stevenson*
                                                        Paul C. Stevenson